IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
GAINESVILLE DIVISION

**ASHLEY MARIE JENKINS,**

    **Plaintiff,**

v.                                                              Case No. 1:25-cv-230-AW-MJF

**BRIAN KEITH AIGNER, et al.,**

    **Defendants.**

_____/

## ORDER OF DISMISSAL

The court earlier dismissed Plaintiff's complaint as a shotgun pleading. ECF No. 20. Plaintiff then filed an amended complaint. ECF No. 21. The magistrate judge issued a report and recommendation that concluded the court should dismiss because the amended complaint remains a shotgun pleading and includes frivolous claims. ECF No. 22. Plaintiff has filed three documents since, ECF Nos. 23, 24, 25, all of which I construe as objections to the report and recommendation. (To the extent ECF No. 24 was a motion for leave to amend, it is denied because the document—if it is a proposed second amended complaint—is still a shotgun complaint.)

Having considered the matter de novo, I now adopt the report and recommendation and incorporate it into this order. The clerk will enter a judgment that says, "This case is dismissed without prejudice." The clerk will then close the file.

1

SO ORDERED on October 7, 2025.

                                           s/ *Allen Winsor*
                                           Chief United States District Judge